**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
Telephone: 626.808.4357
Facsimile: 626.921.4932

Attorneys for Plaintiff
LISA LEPERA


**FISHER & PHILLIPS LLP**
LONNIE D. GIAMELA (SBN 228435)
lgiamella@fisherphillips.com
VANA EBRAHIMI (SBN 332805)
vebrahimi@fisherphillips.com
444 South Flower Street, Suite 1500
Los Angeles, California 92614
Telephone: 213.330.4500
Facsimile: 213.330.4501

Attorneys for Defendant
SNAPMEDTECH INC., DBA SNAPNURSE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LISA LEPERA, an individual on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SNAPMEDTECH INC. and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 1:21-CV-00444-NONE-SKO<br><br>**STIPULATION AND ORDER CONSENTING TO PLAINTIFF FILING SECOND AMENDED COMPLAINT**<br><br>(Doc. 16) |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Snapmedtech Inc. dba Snapnurse hereby consents to Plaintiff Lisa LePera filing the Second Amended Complaint lodged as Attachment # (1) to the Joint Scheduling Report filed on May 14, 2021 [Doc. No. 9-1]. This stipulation permits Defendant to file any responsive pleading it wishes including, but not limited to, a motion to compel arbitration.

IT IS SO AGREED AND STIPULATED.

DATED: June 7, 2021            HAYES PAWLENKO LLP

By:   /s/Kye D. Pawlenko
Matthew B. Hayes
Kye D. Pawlenko
Attorneys for Plaintiff
LISA LePERA

DATED: June 7, 2021            FISHER & PHILLIPS LLP

By:   /s/Lonnie D. Giamela
Lonnie D. Giamela
Vana Ebrahimi
Attorneys for Defendant
SNAPMEDTECH INC., DBA SNAPNURSE

## ORDER

Pursuant to the parties' above stipulation (Doc. 16), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff is granted leave to file the Second Amended Complaint lodged as Attachment #1 to the Joint Scheduling Report filed on May 14, 2021 (Doc. 9-1).  Defendant may file any responsive pleading including, but not limited to, a motion to compel arbitration within fourteen (14) days of service of the amended pleading.

IT IS SO ORDERED.

Dated:   **June 8, 2021**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

3
**STIPULATION AND ORDER CONSENTING TO PLAINTIFF FILING
SECOND AMENDED COMPLAINT**