**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Suite 2B
South Pasadena, CA 91030
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff
LISA LEPERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LEPERA, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAPMEDTECH, INC., and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 1:21-CV-00444-JLT-SKO<br><br>**NOTICE OF SETTLEMENT**<br><br>Date: July 21, 2021 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** following mediation, the parties in the above-captioned action have reached an agreement in principle to settle on a class basis.  The parties are currently in the process of preparing the necessary settlement paperwork and anticipate that they will be in a position to file the pertinent disposition papers within 90 days.  In light of the settlement, the parties respectfully request that the Court vacate all future hearings and defer any ruling on the pending motion to compel arbitration.

DATED:  February 23, 2022         **HAYES PAWLENKO LLP**

By: /s/Matthew B. Hayes
Attorneys for Plaintiff