# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LISA LEPERA, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPMEDTECH, INC. and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00444-JLT-SKO<br><br>**ORDER STAYING ACTION PENDING STATE COURT RULING RE APPROVAL OF CONSOLIDATED CLASS SETTLEMENT**<br><br>(Doc. 30) |

On May 19, 2022, the parties filed a stipulation to stay this action pending a ruling in another action on whether to grant approval of a proposed consolidated class action settlement that would release all claims asserted in this action. (Doc. 30.) The Court, having considered the stipulation and finding good cause therefor, hereby ORDERS as follows:

1. This action is hereby STAYED pending a ruling in the state court action *Tran, et al.*, *v. SnapMedTech, Inc.*, Los Angeles Superior Court Case No. 21STCV31264 ("*Tran* Action"), on whether to grant final approval of the proposed consolidated class action settlement;

2. The parties shall file a joint status report within 60 days of entry of this order providing an update on the status of the settlement approval process in the *Tran* Action; and

3. Within five (5) days of entry of an order and judgment in the *Tran* Action granting final approval of the consolidated class action settlement, the parties shall file dispositional documents requesting the dismissal of this action due to a settlement.

IT IS SO ORDERED.

Dated: **May 20, 2022**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE